UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH KAY MORREALL, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>AZHAR AHMED KALIM, an individual,<br><br>                      Defendant. | Case No.: 21-CV-01127-JO-DEB<br><br>**ORDER FOLLOWING CONTINUED EARLY NEUTRAL EVALUATION CONFERENCE** |

      The Court held an Early Neutral Evaluation Conference ("ENE") on March 7, 2023. The case settled and the Court vacates the Case Management Conference. The Court sets two telephonic Settlement Disposition Conferences ("SDC") for **May 19, 2023 at 9:30 A.M.** and **July 7, 2023 at 9:30 A.M.** To join the conferences, counsel and party representatives must call the Court's teleconference line at 1-888-398-2342, enter access code 8389272, and press * if prompted for a security code. The SDCs will be vacated if the parties file the appropriate dismissal papers beforehand.

      **IT IS SO ORDERED.**

Dated: March 7, 2023

                                              Honorable Daniel E. Butcher
                                              United States Magistrate Judge